IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

VALLEY HOUSING LLC,                    )
                                       )
            Plaintiff,                 )   TC-MD 120803C
                                       )
      v.                               )
                                       )
MARION COUNTY ASSESSOR,                )
                                       )
            Defendant.                 )   **DECISION OF DISMISSAL**

      This matter is before the court on the parties' Stipulation filed March 25, 2013, and the

parties' request filed March 21, 2013, that a decision of dismissal be entered in this matter. The

parties state in their Stipulation that "the facts of this case are indistinguishable from the facts in

*Corvallis Neighborhood Housing Services, Inc. v. Linn County Assessor*, TC [No] 4996 ([] Feb[]

27, 2013)." In their joint status report, the parties state that they "intend for the Court to enter a

decision dismissing this case based upon the Regular Division's decision in *Corvallis*

*Neighborhood Housing*. This way, * * * Plaintiff will preserve its appeal rights if it chooses to

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

pursue them." (Parties' Ltr at 1, Mar 21, 2013) (italics added.) After considering the parties'

request, the court finds the case should be dismissed. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ____ day of March 2013.


_____
DAN ROBINSON
MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision of Dismissal was signed by Magistrate Dan Robinson on March 27, 2013. The Court filed and entered this Decision of Dismissal on March 27, 2013.*